IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARQUIS D. JOHNSON, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL DAKON, )<br>)<br>)<br>Defendant. )<br>_____) | <br><br><br><br><br>CIVIL ACTION NO. 5:19-CV-433 (MTT) |

### ORDER

The Court granted pro se plaintiff Marquis Johnson leave to proceed *in forma pauperis* on February 5, 2020, in this 42 U.S.C. § 1983 action. Doc. 5. Among other things, Johnson was advised "that he must diligently prosecute his Complaint or face the possibility that it will be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute." *Id.* at 6. Nonetheless, the case has remained stagnant since April 28, 2020. Doc. 13.

The Court ordered Johnson to show cause why his action should not be dismissed for failure to prosecute on March 31, 2022. Doc. 14. Johnson was given fourteen days to respond and was unambiguously informed that failure to comply would result in dismissal of his action. *Id.* Johnson failed to do so. Because Johnson has failed to comply with the Court's orders or otherwise prosecute his case, his complaint is **DISMISSED without prejudice**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua*

-2-

*sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citations omitted).

**SO ORDERED**, this 19th day of April, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT