IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARQUIS D. JOHNSON, | * |
| Plaintiff, | * |
| v. | Case No. 5:19-cv-00433-MTT-CHW |
| | * |
| CORRECTIONAL OFFICER MICHAEL DAKON, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 19, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 20th day of April, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk